**Fill in this information to identify the case:**

Debtor Name Billy Max McClendon and Sherrie McClendon

United States Bankruptcy Court for the: Northern District of Texas

Case number: 19-23051-rlj11

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: March

Date report filed: 04/20/2020 (MM / DD / YYYY)

Line of business: Real Estate

NAISC code: ________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Billy Max McClendon

Original signature of responsible party: Billy Max McClendon

Printed name of responsible party: Billy Max McClendon

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Billy Max McClendon and Sherrie McClendon Case number 19-23051-rlj11

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 1,663.06

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 1,383.01

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 1,923.79

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here. + $ -540.78

This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 1,122.28

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ ____________

*(Exhibit E)*

Debtor Name Billy Max McClendon and Sherrie McClendon Case number 19-23051-rlj11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** *(Exhibit F)* $ 0.00

## 5. Employees

26. What was the number of employees when the case was filed? 0
27. What is the number of employees as of the date of this monthly report? 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ ____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 6,000.00
30. How much have you paid this month in other professional fees? $ ____
31. How much have you paid in total other professional fees since filing the case? $ ____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 1,220.00 | – | $ 1,383.01 | = | $ 163.01 |
| 33. **Cash disbursements** | $ 1,952.83 | – | $ 1,923.79 | = | $ 29.04 |
| 34. **Net cash flow** | $ -732.83 | – | $ -540.78 | = | $ -192.05 |

35. Total projected cash receipts for the next month: $ 1,383.01
36. Total projected cash disbursements for the next month: - $ 1,923.79
37. Total projected net cash flow for the next month: = $ -540.78

Debtor Name Billy Max McClendon and Sherrie McClendon Case number 19-23051-rlj11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

Print Save As... Reset

**EXHIBIT B**

There's a small business checking account at First Capital Bank of Texas with a balance of $96.81 as of 3/31/2020.

**EXHIBIT C**

| Date | Description | Amount | Total |
|---|---|---|---|
| **Amarillo National Bank** | | | |
| 03/03/20 | Bill McClendon Social Security | 480.00 | |
| 03/03/20 | Sherrie McClendon Social Security | 695.00 | |
| 03/20/20 | Wal-Mart Return | 9.94 | |
| | | | **$** 1,184.94 |
| **FirstCapital Bank Texas** | | | |
| 03/13/20 | First Bancshares Cash Distribution | 176.50 | |
| 03/23/20 | Wal-Mart Return | 4.36 | |
| 03/23/20 | Wal-Mart Return | 17.21 | |
| | | | $ 198.07 |
| | | **TOTAL** | **$ 1,383.01** |

**EXHIBIT D**

**Amarillo National Bank**

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 03/03/20 | First Presbyterian Church | Charitable Contribution | 123.00 |
| 03/03/20 | Gary’s Serv. Agreement for March | Household Expense | 25.90 |
| 03/03/20 | Culligan | Household Expense | 29.95 |
| 03/03/20 | Ace Lock & Key, Bonham | Household Repair | 60.00 |
| 03/03/20 | Xcel Energy, Austin | Utilities | 87.48 |
| 03/06/20 | Diamond in the Ruff | Personal Expense | 40.00 |
| 03/06/20 | Publisher Clearing House | Personal Expense | 4.78 |
| 03/10/20 | First National Barbershop | Personal Expense | 25.00 |
| 03/11/20 | Texas Overhead Door | Household Repair | 123.30 |
| 03/11/20 | Market Street | Personal Expense | 6.28 |
| 03/12/20 | Wal-Mart | Personal Expense | 46.43 |
| 03/18/20 | Carrie Parry | Personal Expense | 55.00 |
| 03/18/20 | Drug Emporium | Personal Expense | 47.26 |
| 03/18/20 | Wal-Mart | Personal Expense | 71.16 |
| 03/20/20 | Atmos Energy | Utilities | 73.19 |
| 03/20/20 | Suddenlink | Utilities | 171.65 |
| 03/20/20 | AT&T | Utilities | 138.36 |
| 03/20/20 | Dr. Daniel Meadors | Medical Expense | 50.00 |
| 03/20/20 | Forbes | Personal Expense | 14.00 |
| 03/23/20 | City of Amarillo | Utilities | 69.72 |
| | | | $1,262.82 |

**First Capital Bank Texas**

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 03/18/20 | Wal- Mart | Personal Expense | 101.37 |
| 03/18/20 | Wal-Mart | Personal Expense | 52.55 |
| 03/20/20 | Shannon Brooks/State Farm | Insurance | 199.21 |
| | **TOTAL** | | $660.97 |

| | |
|---|---|
| **Amarillo National Bank** | **$1,262.82** |
| **First Capital Bank** | **$ 660.97** |
| **GRAND TOTAL** | **$1,923.79** |


Amarillo National Bank

Banking Statement

P.O. Box 1 • Amarillo, Texas 79105 • 378-8000

001 00023 01 PAGE: 1
ACCOUNT: XXXXXX2128 03/27/2020
DOCUMENTS: 0

**********AUTO**ALL FOR AADC 790
864 0.6500 AB 0.419 5 3 32

SHERRIE G MCCLENDON
2004 S AUSTIN ST
AMARILLO TX 79109-1908

<T>

Cool Tech, Real Local People
and Private!
Amarillo National Bank
Amarillo Before Bank

COMBINED CHECKING ACCOUNT XXXXXX2128

| | |
|---|---|
| LAST STATEMENT 02/28/20 | 958.20 |
| 3 CREDITS | 1,184.94 |
| 23 DEBITS | 1,848.96 |
| THIS STATEMENT 03/27/20 | 294.18 |

- - - - - - - - OTHER CREDITS - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| SSA TREAS 310 XXSOC SEC XXXXX2604A SSA | 03/03 | 480.00 |
| SSA TREAS 310 XXSOC SEC XXXXX0408A SSA | 03/03 | 695.00 |
| XX6542 PURCHASE RETURN WM SUPERCENTER # AMARILLO (SC) TX 33830094 617523 | 03/20 | 9.94 |

- - - - - - - - - - CHECKS - - - - - - - - - -

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1463* | 03/16 | 133.00 | 1474 | 03/04 | 25.90 | 1479 | 03/23 | 25.00 |
| 1471 | 03/09 | 325.00 | 1475 | 03/11 | 29.95 | 1480 | 03/11 | 123.30 |
| 1472 | 03/04 | 64.91 | 1476 | 03/09 | 60.00 | 1481 | 03/23 | 55.00 |
| 1473 | 03/16 | 123.00 | 1477* | 03/06 | 40.00 | 1482 | 03/26 | 50.00 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - OTHER DEBITS - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| XX6542 POS PURCHASE CVS/PHARMACY #07 AMARILLO TX 00000000 074984 | 03/02 | 8.95 |
| ATT Payment 714655003MYW9N | 03/02 | 138.36 |
| XCEL ENERGY-SPS XCELENERGY 5413183916 | 03/04 | 87.48 |
| XX6542 POS PURCHASE MARKET STREET AMARILLO TX 35888501 387909 | 03/12 | 6.28 |

* * * C O N T I N U E D * * *

Amarillo National Bank

# Banking Statement

001 00023 01
ACCOUNT: XXXXXX2128
DOCUMENTS: 0

PAGE: 2
03/27/2020

P.O. Box 1 • Amarillo, Texas 79105 • 378-8000

SHERRIE G MCCLENDON

## COMBINED CHECKING ACCOUNT XXXXXX2128

### OTHER DEBITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| XX6542 POS PURCHASE WAL-MART #3383 AMARILLO TX 24338301 395251 | 03/13 | 46.43 |
| XX6542 POS PURCHASE DRUG EMPORIUM 23 AMARILLO TX 91583004 003273 | 03/18 | 47.26 |
| XX6542 POS PURCHASE WAL-MART #3383 AMARILLO TX 24338301 282911 | 03/18 | 71.16 |
| ATMOS ENERGY SGL UTIL PYMT 003005965270 | 03/23 | 73.19 |
| ATT Payment 275441004MYW9I | 03/23 | 138.36 |
| SUDDENLINK 7710 CABLE PMNT 15384602 | 03/23 | 171.65 |
| CHECK # 1478 - PUBLISHER CLEAR ACH 1478 | 03/11 | 4.78 |

### ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | $.00 | $.00 |
| TOTAL RETURNED ITEM FEES: | $.00 | $.00 |

### DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 03/02 | 810.89 | 03/11 | 1,224.57 | 03/20 | 807.38 |
| 03/03 | 1,985.89 | 03/12 | 1,218.29 | 03/23 | 344.18 |
| 03/04 | 1,807.60 | 03/13 | 1,171.86 | 03/26 | 294.18 |
| 03/06 | 1,767.60 | 03/16 | 915.86 | | |
| 03/09 | 1,382.60 | 03/18 | 797.44 | | |

FirstCapital Bank of Texas
You above all.

3900 SOUTH SONCY AMARILLO, TEXAS 79119

ADDRESS SERVICE REQUESTED

>001207 4094542 0001 092227 10Z

BILL M. MCCLENDON
DBA MCCLENDON INVESTMENTS
2004 S AUSTIN ST
AMARILLO TX 79109-1908

**Statement Ending 03/31/2020**

Bill M. McClendon

Customer Number:XXXXXXXX3161

## Managing Your Accounts

| | |
|---|---|
| Branch Name | Amarillo - Soncy |
| Mailing Address | 3900 S. Soncy<br>Amarillo, TX 79119 |
| Website | FCBTexas.com |
| Email | customerservice<br>@fcbtexas.com |
| Phone | 844-FCB-TEXAS<br>844-322-8392 |

## Summary of Accounts

Managing your accounts at FirstCapital has never been so easy! With online banking you can check balances, make transfers between accounts, pay bills online and so much more! Take control of your banking, enroll today at fcbtexas.com.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS CKING | XXXXXXXX3161 | $96.81 |

## SMALL BUSINESS CKING-XXXXXXXX3161

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **02/29/2020** | **Beginning Balance** | **$251.87** |
| | 3 Credit(s) This Period | $198.07 |
| | 3 Debit(s) This Period | $353.13 |
| **03/31/2020** | **Ending Balance** | **$96.81** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 03/13/2020 | FIRST BANCSHARES CASH DIST 302 | $176.50 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 03/23/2020 | POS Return 03/20 1314 TX AMARILLO WAL-MART #3383 SEQ# 075987 | $4.36 |
| 03/23/2020 | POS Return 03/20 1314 TX AMARILLO WAL-MART #3383 SEQ# 075986 | $17.21 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 03/19/2020 | POS Purchase 03/18 1314 TX AMARILLO (SC) WM SUPERCENTER US SEQ# 846771 | $52.55 |
| 03/19/2020 | POS Purchase 03/18 1314 TX AMARILLO WM SUPERCENTER US SEQ# 487563 | $101.37 |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 1250 | 03/25/2020 | $199.21 |

* Indicates skipped check number

01207 4094542 002414 004627 0001/0002

Member
FDIC
LENDER



You above all.

3900 SOUTH SONCY AMARILLO, TEXAS 79119

## SMALL BUSINESS CKING-XXXXXXXX3161 (continued)

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 03/13/2020 | $428.37 | 03/23/2020 | $296.02 |
| 03/19/2020 | $274.45 | 03/25/2020 | $96.81 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

01207 4094542 002415 004829 0002/0002

